# UNITED STATES DISTRICT COURT
for the
District of Connecticut

**FILED**

2018 MAR 19  A 8:05

U.S. DISTRICT COURT
NEW HAVEN, CT.

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

A copy of the Dell Optiplex 745 computer, Serial No. D5PB5D1, seized on May 26, 2011, from 300 First Stamford Place, #201, Stamford, Connecticut

Case No. 3:18mj486 (JGM)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
A copy of the Dell Optiplex 745 computer, Serial No. D5PB5D1, seized on May 26, 2011, from 300 First Stamford Place, #201, Stamford, Connecticut

located in the _____ District of ____Connecticut____, there is now concealed *(identify the person or describe the property to be seized):*
See Attachment A

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 1343 | Wire Fraud |
| 18 USC 1341 | Mail Fraud |
| 18 USC 1033 | Insurance Fraud |

The application is based on these facts:
See attached affidavit.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

LYNN E. ALLEN, SPECIAL AGENT
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/31/2012

/s/ Joan G. Margolis
*Judge's signature*

City and state: NEW HAVEN, CT

JOAN G. MARGOLIS, U.S. MAGISTRATE JUDGE
*Printed name and title*